IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hulin, Beverly J | Case Number:  08 B 12640 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  5/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 16, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,195.62 | |
| Secured: | | 717.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,400.00 |
| Trustee Fee: | | 290.09 |
| Other Funds: | | 3,788.53 |
| Totals: | 8,195.62 | 8,195.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 3,400.00 | 3,400.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 0.00 | 0.00 |
| 4. | American Honda Finance Corporation | Secured | 10,131.24 | 717.00 |
| 5. | Bank Of America | Secured | 1,955.00 | 0.00 |
| 6. | CitiFinancial | Secured | 133.00 | 0.00 |
| 7. | Capital One | Unsecured | 610.33 | 0.00 |
| 8. | US Bank | Unsecured | 735.92 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 10.72 | 0.00 |
| 10. | Capital One | Unsecured | 159.58 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 62.82 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 44.43 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 47.02 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 180.00 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 445.19 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 373.84 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 1,001.67 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 95.54 | 0.00 |
| 19. | Internal Revenue Service | Priority | | No Claim Filed |
| 20. | Chicago Lake Shore Medical | Unsecured | | No Claim Filed |
| 21. | Illinois Tollway | Unsecured | | No Claim Filed |
| 22. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 19,386.30 | $ 4,117.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hulin, Beverly J | Case Number:  08 B 12640 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  5/16/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 49.83 |
| 6.6% | 240.26 |
| | $ 290.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

